IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-03506-MEH

SHERRY DENNEY, and
GREGORY DENNEY,

      Plaintiffs,

v.

A-1 COLLECTION AGENCY, LLC,

      Defendant.

---

### DISMISSAL OF CASE WITH PREJUDICE
---

      Before the Court is Plaintiff's Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice [filed March 20, 2015; docket #8].  The Court finds the Notice and terms of the dismissal proper.  In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), this case is **DISMISSED WITH PREJUDICE**, with each party to bear his, her or its own fees and costs. The Clerk of the Court is directed to close this case.

      Dated and entered at Denver, Colorado this 20th day of March, 2015.

                      BY THE COURT:

                      *Michael E. Hegarty*

                      Michael E. Hegarty
                      United States Magistrate Judge